# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDELL HOWARD,<br><br>  Plaintiff,<br><br>  v.<br><br>E. CHAPA, et al.,<br><br>  Defendants. | Case No. 1:14-cv-00928-BAM-PC<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME IN WHICH TO FILE AN AMENDED COMPLAINT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §636(c).

On April 2, 2015, the Court denied Plaintiff's motion for the issuance of summons. On June 8, 2015, Plaintiff filed a Notice of Appeal of that order. On June 10, 2015, an order was entered, dismissing the operative complaint for failure to state a claim and granting Plaintiff leave to file an amended complaint.

On July 29, 2015, Plaintiff's appeal was dismissed. On August 21, 2015, this Court received the mandate from the U.S. Court of Appeals for the Ninth Circuit, indicating that the dismissal by the Court of Appeals takes effect immediately. Plaintiff must therefore file an amended complaint in compliance with the June 10, 2015, order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted until September 8, 2015, in which to file an amended complaint in compliance with the order of June 10, 2015. **Plaintiff's failure to do so will result in dismissal of this action for failure to state a claim.**

IT IS SO ORDERED.

Dated:  **August 25, 2015**          /s/ Barbara A. McAuliffe          
                    UNITED STATES MAGISTRATE JUDGE